# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A RISK PREVENTION GROUP,

Plaintiff,

v.

IRA S. LEVINE, et al.,

Defendants.

2:10-CV-1143 JCM (LRL)

**ORDER**

Presently before the court is petitioner Kevin D. Hartzell's motion for reconsideration of the court's order denying verified petition to practice pro hac vice. (Doc. #35). The petitioner has attached an affidavit in support of the motion as well as an amended petition remedying the errors cited in this courts September 1, 2010, order (doc. #26).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that petitioner Kevin D. Hartzell's motion for reconsideration of the court's order denying verified petition to practice pro hac vice (doc. #35) is hereby GRANTED.

IT IS FURTHER ORDERED that the petitioner file the amended petition for the court's signature.

DATED December 3, 2010.

_James C. Mahan_
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**