# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALPS RGG,<br><br>    Plaintiff,<br><br>vs.<br><br>IRA S. LEVINE, *et al.,*<br><br>    Defendants. | 2:10-CV-01143-JCM-LRL<br><br>ORDER |

Presently before the court is plaintiff ALPS RGG's motion to dismiss complaint against Judy M. Jackson, M.D. (Doc. #40). Defendant Judy M. Jackson filed a notice of non-opposition to the motion to dismiss. (Doc. #41).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to dismiss the complaint against defendant Judy M. Jackson (doc. #40) is GRANTED.

IT IS FURTHER ORDERED that the case is dismissed with prejudice as to defendant Judy M. Jackson, M.D. with each party to bear their own fees and costs.

DATED: January 4, 2011.

_____
JAMES C. MAHAN
United States District Judge