Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com

~and~

Kevin D. Hartzell, Esq.
**KUTAK ROCK LLP**
The Omaha Building
1650 Farnam Street
Omaha, Nebraska 68102
(402) 346-6000; FAX (402) 346-1148
*Attorneys for Plaintiff Attorneys Liability
Protection Society, Inc., a Risk Retention Group*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A RISK RETENTION GROUP, | CASE NO: **2:10-cv-01143-JCM-LRL** |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| IRA S. LEVINE, an individual, LEVINE LAW GROUP, INC. d/b/a LEVINE, GARFINKEL & KATZ, a professional corporation, and JUDY M. JACKSON, M.D., an individual, | |
| Defendants. | |

Plaintiff ATTORNEYS LIABILITY PROTECTION SOCIETY, INC., A RISK RETENTION GROUP, by and through its counsel of record SHERI M. THOME, ESQ. of the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP and KEVIN D. HARTZELL, ESQ. of the law firm of KUTAK ROCK LLP and Defendants IRA S. LEVINE and LEVINE LAW GROUP, INC. d/b/a LEVINE, GARFINKEL & KATZ, by and through its counsel of record, JOHN H. MOWBRAY, ESQ. and ANDREW M. FEDEHAR, ESQ. of the law firm of FENNEEMORE CRAIG, P.C.,

. . .

. . .

218956.1

hereby stipulate and agree to the dismissal, with prejudice, of the entire action, with each party to bear their own fees and costs incurred therein.

DATED this 18 day of March, 2011.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Plaintiff Attorneys Liability Protection Society, Inc., a Risk Retention Group*

DATED this 18th day of March, 2011.

**FENNEMORE CRAIG, P.C.**

BY: _____
John H. Mowbray, Esq.
Nevada Bar No. 001140
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89102
*Attorneys for Defendants*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

March 21, 2011
_____
DATE

218956.1